IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>R.M. DIAZ, et al,<br><br>    Defendants.<br>_____/ | 1:13-cv-01335-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 22, 2013, together with an Affidavit in Support of Request to Proceed in Forma Pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. 1915. (Docs. 1, 2.) However, Plaintiff has not submitted an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement. **No requests for extension of time will be granted without a showing of good cause**.

IT IS SO ORDERED.

Dated:   **August 30, 2013**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE