UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>        Plaintiff,<br><br>    vs.<br><br>R. M. DIAZ, et al.,<br><br>        Defendants. | 1:13-cv-01335-GSA-PC<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 8.)<br><br>ORDER FOR PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS |

   Michael D. Harrison ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983.  Plaintiff filed the Complaint commencing this action on August 22, 2013.  (Doc. 1.)

   On September 9, 2013, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 8.)  It appears, from a review of Plaintiff's application, that Plaintiff can afford the costs of this action.  Plaintiff indicates in the application that he has about $4,000.00 in cash.  Therefore, Plaintiff's application to proceed in forma pauperis shall be denied, and Plaintiff shall be required to pay the statutory filing fee of $400.00 for this action in full.

   Based on the foregoing, IT IS HEREBY ORDERED that:

   1.   Plaintiff's application to proceed in forma pauperis, filed on September 9, 2013, is DENIED;

      2.      Within thirty days from the date of service of this order, Plaintiff is required to pay the $400.00 filing fee for this action in full; and

      3.      Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

   Dated:   **September 10, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                             UNITED STATES DISTRICT JUDGE