IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON, | 1:13-cv-01335 LJO GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO PAY $400.00 FILING FEE IN FULL |
| vs. | |
| R. M. DIAZ, et al., | (Motion#10) |
| Defendants. | DEADLINE: NOVEMBER 7, 2013 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 18, 2013, plaintiff filed a motion to extend time to pay the $400.00 filing fee for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time until **November 7, 2013** in which to pay the $400.00 filing fee for this action, pursuant to the court's order of September 9, 2013.

IT IS SO ORDERED.

Dated:   September 26, 2013            /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE