UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL D. HARRISON, | 1:13-cv-01335-GSA-PC |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO DEFER PAYMENT OF FILING FEE UNTIL END OF CASE (Doc. 12.) |
| vs. | |
| R. M. DIAZ, et al., | |
| Defendants. | ORDER EXTENDING DEADLINE TO PAY FILING FEE TO <u>NOVEMBER 30, 2013</u> |

Michael D. Harrison ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983.  Plaintiff filed the Complaint commencing this action on August 22, 2013, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Docs. 1, 8.)

On September 10, 2013, the court entered an order denying Plaintiff's application to proceed in forma pauperis and ordering Plaintiff to pay the $400.00 filing fee for this action in full within thirty days.  (Doc. 9.)  On September 18, 2013, Plaintiff requested an extension of time, which was granted, allowing Plaintiff until November 7, 2013 to pay the filing fee. (Docs. 10, 11.)

On October 15, 2013, Plaintiff filed a motion for leave to defer payment of the filing fee for this action until the end of the case.  (Doc. 12.)  Plaintiff asserts that he is unable to pay the

filing fee by the November 7th deadline, "due to a governmental interference that will not allow me to clear the funds within under 30 days by the institutions (*sic*) policy." Id.

Plaintiff has not shown good cause for the court to defer payment of the filing fee until the end of his case. Therefore, Plaintiff's motion shall be denied. However, in light of Plaintiff's assertion that he requires 30 days to clear his funds, Plaintiff shall be allowed an extension of time until November 30, 2013 to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to defer payment of the filing fee for this action until the end of the case, filed on October 15, 2013, is DENIED;

2. Plaintiff is GRANTED an extension of time until **November 30, 2013** to pay the $400.00 filing fee for this action in full, pursuant to the court's order of September 10, 2013;

3. No further extensions of time shall be granted without a showing of good cause; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 16, 2013**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE