UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>      Plaintiff,<br><br>   vs.<br><br>R. M. DIAZ, et al.,<br><br>      Defendants. | 1:13-cv-01335-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE COURT TO COLLECT THE FILING FEE<br>(Doc. 18.)<br><br>ORDER FOR PLAINTIFF TO SEND PAYMENT OF FILING FEE TO COURT BY <u>FEBRUARY 25, 2014</u> |

  Michael D. Harrison ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983. Plaintiff filed the Complaint commencing this action on August 22, 2013, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 8.)

  On September 10, 2013, the court denied Plaintiff's application to proceed in forma pauperis and ordered him to pay the $400.00 filing fee for this action in full within thirty days. (Doc. 9.) Plaintiff requested and was granted two extensions of time to pay the filing fee. (Court Record.) Pursuant to the court's order issued on January 2, 2014, Plaintiff's deadline to pay the filing fee is February 25, 2014. (Doc. 17.)

  On January 24, 2014, Plaintiff filed a motion for the court to collect the filing fee by calling the prison trust office and requesting the $400.00 check written by Plaintiff on January

1

4, 2012.  (Doc. 18.)  Plaintiff is advised that it is his responsibility to make arrangements to send payment of the filing fee to the court.  The court shall not collect the fee by contacting the prison trust office.  Plaintiff is required to pay the $400.00 filing fee for this action in full by February 25, 2014, pursuant to the court's order, or this case will be dismissed.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the court to collect filing fee, filed on January 24, 2014, is DENIED; and

2. Plaintiff is required to pay the $400.00 filing fee for this action in full by February 25, 2014, pursuant to the court's order of January 2, 2014, or this case will be dismissed.

IT IS SO ORDERED.

    Dated:  **January 27, 2014**             **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE