# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. DIAZ, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01335-LJO-SAB-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NO. 29) |

On January 4, 2016, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute and to keep the court informed of his address of record. On January 28, 2016, Plaintiff filed objections to the findings and recommendations, along with a Notice of Change of Address, indicating that he is now housed at Atascadero State Hospital. Good cause appearing, the recommendation of dismissal should be vacated. The Court will then screen Plaintiff's August 18, 2014, first amended complaint.

Accordingly, IT IS HEREBY ORDERED that the January 4, 2016, recommendation of dismissal is vacated.

IT IS SO ORDERED.

Dated:  **February 8, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1